

Til J. Dallavalle
973.256.9000 main
tdallavalle@schoeman.com

August 9, 2021

<u>Via ECF</u>
Hon. Lois H . Goodman, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 6052
Trenton, NJ 08608

  **RE:** **Zdena Zelinsky v. Freehold Walmart Supercenter; et al.**
     **Civil Action No.: 3:19-cv-01229-BRM-LHG**
     **Our File No.: 0006074-0000153**

Dear Judge Goodman:

  Our firm represents Wal-Mart Stores East, LP (incorrectly named as Freehold Walmart Supercenter and Wal-Mart Real Estate Business Trust) in the above-referenced matter. Regarding the settlement conference scheduled before Your Honor for Wednesday, August 11, 2021, our office respectfully requests that same be adjourned to a later date as we have unfortunately been advised by our client that they are not available for the conference as scheduled.

  Thank you for your consideration of this request.

          Respectfully submitted,

          SCHOEMAN UPDIKE KAUFMAN & GERBER LLP

          By: _____
TJD/bo             Til J. Dallavalle
cc: Adam L. Rothenberg, Esq. (via ECF)